UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SUNI MUNSHANI and<br>SURESH MUNSHANI,<br>                *Defendants.* | No. 22-CR-215 (JSR) |

### [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Mark W. Pearlstein, Esq., for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the State Bar of Massachusetts and that his contact information is as follows:

    Mark W. Pearlstein
    McDermott Will & Emery LLP
    200 Clarendon Street, Floor 58
    Boston, MA 02116-5021
    E-mail: MPearlstein@mwe.com
    Telephone: (617) 535-4425
    *Attorney for Defendant Suni Munshani*

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Suni Munshani in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____       *Jed S. Rakoff*
                                                     _____
                                                   The Honorable Jed S. Rakoff, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

SUNI MUNSHANI and
SURESH MUNSHANI,

     *Defendants.*

No. 22-CR-215 (JSR)

---

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE***

The motion of Mark W. Pearlstein, Esq., for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the State Bar of Massachusetts and that his contact information is as follows:

> Mark W. Pearlstein
> McDermott Will & Emery LLP
> 200 Clarendon Street, Floor 58
> Boston, MA 02116-5021
> E-mail: MPearlstein@mwe.com
> Telephone: (617) 535-4425
> *Attorney for Defendant Suni Munshani*

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Suni Munshani in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 1/4/23

*Jed S. Rakoff*
The Honorable Jed S. Rakoff, U.S.D.J.