UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
UNITED STATES OF AMERICA                      :
                                              :
            - v. -                            :    **FINAL ORDER OF FORFEITURE**
                                              :
SUNI MUNSHANI,                                :
                                              :    S1 22 Cr. 215 (JSR)
            Defendant.                        :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about December 9, 2022, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 33), which ordered the forfeiture to the United States of, *inter alia*, all right, title and interest of SUNI MUNSHANI (the "Defendant") in the following property:

      a. 20 Redding Road, Easton, Connecticut;

(the "Subject Property").

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Subject Property, and the requirement that any person asserting a legal interest in the Subject Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Subject Property as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of

the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Subject Property before the United States can have clear title to the Subject Property;

WHEREAS, on or about January 11, 2023, this Court entered a Consent Order of Interlocutory Sale of Real Property authorizing the sale of the Subject Property with the net proceeds to be deposited in the Seized Asset Deposit Fund (the "SADF")(D.E. 43);

WHEREAS, on or about Janurary 31, 2023, the Subject Property was sold and a total of $370,962.64 was deposited in the SADF representing the net proceeds from the sale of the Subject Property (the "Sale Proceeds");

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Sale Proceeds was posted on an official government internet site (www.forfeiture.gov) beginning on May 10, 2023, for thirty (30) consecutive days, through June 8, 2023, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on August 16, 2023 (D.E. 97);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Sale Proceeds have been filed;

WHEREAS, the Defendant is the only person and/or entity known by the Government to have a potential interest the Sale Proceeds; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Sale Proceeds is hereby forfeited and vested in the United States of America and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Sale Proceeds.

3. The United Marshal Service (or its designee) shall take possession of the Sale Proceeds and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
_____8/16_____, 2023

SO ORDERED:

_____
HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE