UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

SUNI MUNSHANI,

*Defendant.*

No. 22 Cr. 215 (JSR)

---

### [~~PROPOSED~~] ORDER GRANTING WITHDRAWAL AS COUNSEL

Upon the Motion by Counsel for Defendant Suni Munshani, IT IS HEREBY ORDERED that the request to withdraw Samidh Guha as counsel for Defendant Suni Munshani is granted, and the appearance of Mr. Guha is withdrawn as of the date of this Order.

Dated: 3/5/24

*Jed S. Rakoff*
Honorable Jed S. Rakoff
United States District Judge