UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

SUNI MUNSHANI,

        Defendant.

Case No. 22 Cr. 215 (JSR)

---

### [PROPOSED] ORDER GRANTING WITHDRAWAL AS COUNSEL

Upon the Motion to Withdraw as Counsel of Record for Defendant Suni Munshani, IT IS HEREBY ORDERED that the request to withdraw Mark W. Pearlstein as counsel for Defendant Suni Munshani is granted, and the appearance of Mr. Pearlstein is withdrawn as of the date of this Order.

Dated: 3/5/24

                                              _/s/ Jed S. Rakoff_
                                              Honorable Jed S. Rakoff
                                              United States District Judge