UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

SUNI MUNSHANI,

        Defendant.

Case No. 22 Cr. 215 (JSR)

[PROPOSED] ORDER GRANTING WITHDRAWAL AS COUNSEL

Upon the Motion to Withdraw as Counsel of Record for Defendant Suni Munshani, IT IS HEREBY ORDERED that the request to withdraw Jessica Greer Griffith as counsel for Defendant Suni Munshani is granted, and the appearance of Ms. Griffith is withdrawn as of the date of this Order.

Dated: 3/5/24

*/s/ Jed S. Rakoff*
Honorable Jed S. Rakoff
United States District Judge