```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
                                    :   22-cr-215-1 (JSR)
        -v-                         :
                                    :   ORDER
SUNIL MUNSHANI,                     :
                                    :
        Defendant.                  :
                                    :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.:

The Court is in receipt of a letter from defendant Sunil Munshani, in which Munshani alleges that his release date has unjustly been delayed on account of the result of a urinalysis test that Munshani represents was erroneous.

The Government is hereby directed to reply to Munshani's letter by August 6, 2025.

The Clerk of Court is respectfully directed to docket Munshani's letter on the public docket, as well as to docket its attachments, which contain Munshani's medical records, for viewing by Selected Parties, i.e., permitting only attorneys having appeared for a party in the case to view those documents.

SO ORDERED.

Dated:   New York, NY
         July 30, 2025

_____
JED S. RAKOFF, U.S.D.J.