UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
UNITED STATES OF AMERICA,

    -v-                                    22-cr-215-1 (JSR)

SUNI MUNSHANI,                             ORDER

            Defendant.
```

JED S. RAKOFF, U.S.D.J.:

On July 29, 2025, defendant Suni Munshani, then proceeding pro se, sent a letter to the Court alleging that his release date from the custody of the Bureau of Prisons had unjustly been delayed on account of the result of a urinalysis test that Munshani represented was erroneous. See ECF Nos. 145-46. The Court directed the Government to reply to Munshani's letter, which the Government did on August 6, 2025. See ECF No. 148.

On August 25, 2025, Munshani, now represented by counsel, and the Government jointly telephoned the Court to convey Munshani's unopposed application that his letter, which the Government construes as a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, be held in abeyance until relevant administrative procedures within the Bureau of Prisons have run their course. The Court hereby grants that application. Further consideration of Munshani's letter of July 29, 2025, is stayed until such time as Munshani advises the Court that he wishes to revive the request contained in that letter.

SO ORDERED.

Dated: New York, NY
       August 25, 2025

                                            /s/ Jed S. Rakoff
                                            JED S. RAKOFF, U.S.D.J.

1